[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-10427
Non-Argument Calendar
_____

D.C. Docket 1:12-cr-20643-CMA-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VAUGHN ROLLE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 17, 2013)

Before DUBINA, WILSON and HILL, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Vaughn Rolle in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Rolle's conviction and sentence are **AFFIRMED**.